■ LEBIS CONTRACTING, INC., Appellant, v CITY OF LOCKPORT, Respondent.—Judgment unanimously affirmed with costs. Memorandum: By failing to object to the qualifications of the law secretary to a Supreme Court Justice to serve as either an arbitrator or a Referee, but, rather, by signing an agreement to arbitrate before an arbitrator to be appointed by the court and then submitting to a hearing before him, petitioner has waived any such objections (see, Matter of Scinta v Scinta, 129 AD2d 262, 265; Matter of Frankel v Kissena Jewish Center, 144 Misc 2d 548, 550). Likewise, a party who participates in an arbitration proceeding without demanding that the arbitrator take an oath waives the right to object (see, CPLR 7506 [f]; Matter of Institute of Intl. Educ. [Permanent Mission of Spain to United Nations], 118 AD2d 433, 435-436, lv denied 68 NY2d 608). We have examined

petitioner's remaining argument and find it to be without merit. (Appeal from Judgment of Supreme Court, Niagara County, Koshian, J.—Article 78.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.